**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02583-REB-MEH

WADE A. WILLIAMS,

     Plaintiff,

v.

RICHARD J. BOUDREAU & ASSOCIATES, LLC,

     Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#15][1]

filed February 21, 2012.  After reviewing the stipulation and the file, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice** [#15] filed February 21,

2012, is **APPROVED**;

     2.  That the Trial Preparation Conference set for November 2, 2012, is

**VACATED**;

     3.  That the jury trial set to commence November 26, 2012, is **VACATED**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated February 22, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2